THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN B. SYTSMA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a foreign corporation,<br><br>Defendant.<br><br>　　　　　　Defendant. | Case No. 2:18-cv-00074-JLR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE ANSWER TO COMPLAINT** |

## **STIPULATED MOTION**

The parties, through their counsel of record, jointly move the Court to extend the deadline for Defendant to file its Answer to Plaintiff's Complaint. The current deadline is March 6, 2018. The parties request an extension of 21 days to March 27, 2018. Defendant makes this request to enable counsel sufficient time to assess the Complaint, review the relevant materials in its possession, and formulate a response. Plaintiff does not oppose this motion, which is made for good cause and not for the purposes of delay.

DATED this 5th day of March, 2018

//

//

//

//

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR DEFENDANT TO FILE ANSWER TO COMPLAINT - 1
Case No. 2:18-cv-00074-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

105460.0085/7234636.1

LANE POWELL PC

By: *s/ Stephania Denton*
    D. Michael Reilly, WSBA No. 14674
    reillym@lanepowell.com
    Stephania Denton, WSBA No. 21920
    dentons@lanepowell.com

Attorneys for Defendant
Metropolitan Life Insurance Company

NELSON, LANGER, ENGLE PLLC

By: *s/ Aaron I. Engle*
    Aaron I. Engle, WSBA No. 37955
    AaronE@nlelaw.com

Attorneys for Plaintiff Kathryn B. Sytsma

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR DEFENDANT TO FILE ANSWER TO COMPLAINT - 2
Case No. 2:18-cv-00074-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

105460.0085/7234636.1

## ORDER

The parties having stipulated that the deadline for Defendant to file its Answer to Plaintiff's Complaint shall be extended to March 27, 2018, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS SO ORDERED that the deadline for Defendant to file its Answer to Plaintiff's Complaint is extended to March 27, 2018.

DATED this 5th day of March, 2018.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

LANE POWELL PC

By: *s/ Stephania Denton*
   D. Michael Reilly, WSBA No. 14674
   reillym@lanepowell.com
   Stephania Denton, WSBA No. 21920
   dentons@lanepowell.com

Attorneys for Defendant
Metropolitan Life Insurance Company

NELSON, LANGER, ENGLE PLLC

By: *s/ Aaron I. Engle*
   Aaron I. Engle, WSBA No. 37955
   AaronE@nlelaw.com

Attorneys for Plaintiff Kathryn B. Sytsma

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE ANSWER TO COMPLAINT - 3
Case No. 2:18-cv-00074-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

105460.0085/7234636.1

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the United States and State of Washington, that on the 5th day of March, 2018, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Aaron I. Engle, Esq.
Nelson, Langer, Engle PLLC
12055 15th Avenue NE
Seattle, WA 98125-5031
(206) 622-7068
AaronE@nlelaw.com

Executed on the 5th day of March, 2018, at Seattle, Washington.

*s/ Julie Sojot*
Julie Sojot, Legal Assistant

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE ANSWER TO COMPLAINT - 4
CASE NO. 2:18-CV-00074-JLR
105460.0085/7234636.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107