The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KATHRYN B. SYTSMA,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY, a foreign corporation;

    MetLife.

Case No.: 2:18-cv-00074-JLR

ORDER AMENDING CASE SCHEDULE STRIKING DISPOSITIVE MOTION PRACTICE AND PROPOSING TRIAL BRIEFING SCHEDULE

BASED ON THE STIPULATION OF THE PARTIES, and good cause being shown, the Court strikes the Dispositive Motion deadline of April 2, 2019; and

IT IS FURTHER ORDERED that simultaneous Trial Briefs be filed on May 24, 2019, with Responsive Briefs due to Court by June 7, and Reply Briefs by June 14, 2019.

DONE IN OPEN COURT this 1ST day of April 2019.

_____
HONORABLE JAMES L. ROBART

ORDER AMENDING CASE SCHEDULE STRIKING
DISPOSITIVE MOTION PRACTICE AND PROPOSING
TRIAL BRIEFING SCHEDULE – 1
File Number 204435

NELSON LANGER ENGLE, PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington 98125
P: 206.623.7520  F: 206.622.7068