The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KATHRYN B. SYTSMA,

      Plaintiff,

    vs.

METROPOLITAN LIFE INSURANCE
COMPANY, a foreign corporation;

      MetLife.

Case No.: 2:18-cv-00074-JLR

**ORDER OF DISMISSAL**

BASED ON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to

bear their own costs and attorneys' fees. *The court also DIRECTS the Clerk to remove from the court's calendar Plaintiff's motion to compel. (Dkt. # 12.)*

DONE IN OPEN COURT this 17th day of April 2019.

_____
HONORABLE JAMES L. ROBART

ORDER OF DISMISSAL- 1
File Number 204435

NELSON LANGER ENGLE, PLLC
12055 15th Avenue NE
Suite 100
Seattle, Washington 98125
P: 206.623.7520  F: 206.622.7068